UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELMA ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY MABUS,<br><br>    Defendant. | Case No.  14-cv-05153-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING ON MOTION TO APRIL 16, 2015 |

On November 21, 2014, Plaintiff Velma Robinson, proceeding pro se, filed this case against Defendant Ray Mabus, Secretary of the Navy. On January 21, 2015, Defendant filed a motion for judgment on the pleadings on the grounds that Plaintiff's claims are time-barred. To date, Plaintiff has not filed an opposition.

Accordingly, by no later than **March 27, 2015**, Plaintiff shall (1) show cause why her case should not be dismissed for failure to prosecute, and (2) file either an opposition to the motion for judgment on the pleadings or a statement of non-opposition[1] to the motion. The response to this order to show cause and the opposition should be filed as separate documents. Failure to timely file both documents may result in the dismissal of this action for failure to prosecute.

To aid in her compliance with this order, Plaintiff may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available online at: *http://cand.uscourts.gov/proselitigants*. Plaintiff may also contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants— by calling (415) 782-8982 to make an appointment to have any remaining questions answered.

---

[1] If Plaintiff now believes that her claims are barred by the statute of limitations, she should file a statement of non-opposition to inform the Court that she is not opposing the motion for judgment on the pleadings.

Additionally, the March 5, 2015 hearing on the motion for judgment on the pleadings is continued to **April 16, 2015** at U.S. District Court, 1301 Clay Street, Oakland, California at 11:00 a.m.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge